ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-0910
    FAX: (408) 535-5081
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23-cr-00364-BLF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| PETER KARASEV, | ) | |
| Defendant. | ) | |

TO:    The Honorable NATHANAEL COUSINS, United States Magistrate Judge for the Northern District of California

    Assistant United States Attorney ANNE C. HSIEH respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner PETER KARASEV (PFN: EGK848, CEN: 23005893), whose place of custody or jailor are set forth in the requested Writ, attached hereto.

    The prisoner, PETER KARASEV (PFN: EGK848, CEN: 23005893), is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 5:23-cr-00364-BLF

| | |
|---|---|
| Dated: October 22, 2023 | Respectfully Submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | _____/s/_____<br>ANNE C. HSIEH<br>Assistant United States Attorney |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 5:23-cr-00364-BLF

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-0910
    FAX: (408) 535-5081
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> PETER KARASEV, <br>     Defendant. | CASE NO. 5:23-cr-00364-BLF <br><br> ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant PETER KARASEV (PFN: EGK848, CEN: 23005893), before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: __October 23, 2023__           _/s/ signature_
                                                                         HON. NATHANAEL COUSINS
                                                                         United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: MARK KOLC, Acting United States Marshal for the Northern District of California, and/or any of his authorized deputies; and Jailor/Warden of SANTA CLARA COUNTY MAIN JAIL, 150 West Hedding, Street, San Jose, California, and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of PETER KARASEV (PFN: EGK848, CEN: 23005893), who is in the custody of Santa Clara County Jail, before the Honorable Virginia DeMarchi, United States Magistrate Judge for the Northern District of California, located at the San Jose Federal Courthouse, 280 South 1st Street, San Jose, California 95113, on November 9, 2023, at 1:00 p.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release PETER KARASEV from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: Oct. 24, 2023

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: *Cita F. Escolano*
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 5:23-cr-00364-BLF